# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L. | US Circuit Court of Appeals, District of Columbia Circuit | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Courthouse, Room 3118
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank Acccount | A | Interest | J | T | | | | | |
| 2. Suntrust Bank Checking Account | A | Interest | K | T | | | | | |
| 3. Suntrust Bank Investment Account Contains: | | | | | | | | | |
| 4. **Suntrust Cash Account | A | Dividend | M | T | | | | | |
| 5. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 6. Citigroup Account Contains: | | | | | | | | | |
| 7. **Smith Barney Cash Accounts | A | Interest | K | T | | | | | |
| 8. **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 9. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 10. **NCR Corp: Common | | None | J | T | | | | | |
| 11. **Teradata Corp: Common | | None | J | T | | | | | |
| 12. **LSI Corporation: Common | | None | J | T | | | | | |
| 13. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 14. IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 15. IRA: Citigroup Contains: | | | | | | | | | |
| 16. **AT&T Inc.: Common | C | Dividend | L | T | | | | | |
| 17. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 19. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |
| 20. **NCR Corp.: Common | | None | J | T | | | | | |
| 21. **Teradata Corp: Common | | None | J | T | | | | | |
| 22. **Citigroup Cash Accounts | A | Interest | L | T | | | | | |
| 23. **LSI Corporation: Common | | None | J | T | | | | | |
| 24. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 25. Merrill Lynch Account Contains: | | | | | | | | | |
| 26. **Federal Signal Corp.: Common | A | Dividend | | | Distributed (part) | 08/31/11 | K | | |
| 27. | | | | | Sold | 09/20/11 | J | | |
| 28. **Schlumberger Ltd: Common | C | Dividend | | | Distributed (part) | 09/06/11 | N | | |
| 29. | | | | | Sold | 10/24/11 | J | | |
| 30. **Arizona Sch Facs BRD 5.0% | A | Interest | | | Redeemed | 07/01/11 | K | | |
| 31. **Georgia State 5.0% | A | Interest | | | Redeemed | 07/01/11 | J | | |
| 32. **Georgia State 5.0% | A | Interest | | | Redeemed | 07/01/11 | J | | |
| 33. **Charlotte NC CTFS 4.0% | C | Interest | M | T | | | | | |
| 34. **New Jersey Econ Dev 5.0% | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **New Jersey Econ Dev 5.0% | B | Interest | L | T | | | | | |
| 36. **Laurens Co SC Wtrswr 3.4% | A | Interest | K | T | | | | | |
| 37. **Beaufort Cnty SC OID 2.875% | A | Interest | | | Redeemed | 02/01/11 | L | A | |
| 38. **South Carolina St Hwy 5.0% | B | Interest | | | Redeemed | 08/01/11 | K | | |
| 39. **South Carolina St Hwy 5.0% | B | Interest | | | Redeemed | 08/01/11 | K | | |
| 40. **South Carolina Transn Infra Ser 5.1% | C | Interest | | | Redeemed | 10/03/11 | L | | |
| 41. **Halliburton Co.: Common | A | Dividend | | | Distributed | 09/07/11 | K | | |
| 42. **Transocean Inc.: Common | B | Dividend | | | Distributed (part) | 09/01/11 | L | | |
| 43. | | | | | Sold | 09/20/11 | J | | |
| 44. **Merrill Lynch Cash Accounts | A | Interest | J | T | | | | | |
| 45. **Delhaize Group Spons Adr: Common | A | Dividend | | | Distributed | 08/31/11 | J | | |
| 46. **El Paso Corporation: Common | A | Dividend | | | Distributed | 09/07/11 | K | | |
| 47. **Valhi Inc.: Common | A | Dividend | | | Distributed | 08/31/11 | J | | |
| 48. **Titanium Metals Corp. | A | Dividend | | | Distributed | 08/31/11 | J | | |
| 49. **DirecTV Group Inc.: Common | | None | | | Distributed | 08/31/11 | J | | |
| 50. **News Corp Ltd: Common | A | Dividend | | | Distributed | 08/31/11 | J | | |
| 51. **Allstate Corp: Common | A | Dividend | | | Distributed | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. **Morgan Stanley: Common | A | Dividend | | | Distributed | 09/01/11 | J | | |
| 53. **Discover Financial Services: Common | A | Dividend | | | Distributed | 09/01/11 | J | | |
| 54. **Chevron Corp: Common | C | Dividend | | | Distributed | 09/01/11 | M | | |
| 55. **Marathon Oil Corp: Common | B | Dividend | | | Distributed | 08/31/11 | L | | |
| 56. **Marathon Petroleum: Common | A | Dividend | | | Spinoff (from line 55) | 06/30/11 | K | | |
| 57. | | | | | Distributed | 09/02/11 | K | | |
| 58. | | | | | Sold (part) | 07/15/11 | J | A | |
| 59. **Royal Dutch Shell PLC | E | Dividend | | | Distributed | 09/01/11 | O | | |
| 60. | | | | | Sold (part) | 04/01/11 | J | A | |
| 61. Merrill Lynch IRA Contains: | | | | | | | | | |
| 62. **AT&T, Inc.: Common | A | Dividend | K | T | | | | | |
| 63. **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 64. **LSI Corporation: Common | | None | J | T | | | | | |
| 65. **Marathon Oil Corp: Common | C | Dividend | L | T | | | | | |
| 66. **Marathon Petroleum: Common | A | Dividend | L | T | Spinoff (from line 65) | 06/30/11 | L | | |
| 67. **Merrill Lynch Cash Accounts | A | Interest | J | T | | | | | |
| 68. Wells Fargo Rollover IRA Contains: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. **Wells Fargo PT Money Market Fund | A | Interest | J | T | | | | | |
| 70. **United States Treasury Bills Due 06/30/2011 | B | Interest | | | Redeemed | 06/30/11 | P1 | | |
| 71. **United States Treasury Bills Due 01/05/2012 | | None | P1 | T | Buy | 07/07/11 | P1 | | |
| 72. Stanley Black & Decker Corp.: Common | B | Dividend | K | T | | | | | |
| 73. Bank America Corp.: Common | B | Dividend | M | T | | | | | |
| 74. The Boeing Co.: Common | D | Dividend | N | T | | | | | |
| 75. Campbell Soup Co.: Common | D | Dividend | M | T | | | | | |
| 76. Colgate-Palmolive Co.: Common | E | Dividend | O | T | | | | | |
| 77. Genereal Electric Co.: Common | E | Dividend | O | T | | | | | |
| 78. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 79. IBM Corp.: Common | C | Dividend | N | T | | | | | |
| 80. Exxon-Mobil Corp.: Common | D | Dividend | O | T | | | | | |
| 81. El Paso Energy: Common | A | Dividend | M | T | Buy (add'l) | 09/07/11 | K | | |
| 82. Pfizer Co.: Common | D | Dividend | M | T | | | | | |
| 83. Solutia Inc.: Common | | None | | | Sold | 05/10/11 | J | | |
| 84. Marathon Group: Common | C | Dividend | M | T | Buy (add'l) | 08/31/11 | L | | |
| 85. Marathon Petroleum: Common | B | Dividend | M | T | Spinoff (from line 84) | 06/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Monsanto: Common | C | Dividend | L | T | | | | | |
| 87. Chevron Corporation: Common | D | Dividend | N | T | Buy (add'l) | 09/01/11 | M | | |
| 88. Weyerhaeuser Co.: Common | | None | L | T | | | | | |
| 89. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 90. Allstate: Common | A | Dividend | K | T | Buy | 09/06/11 | J | | |
| 91. Delhaize Group Spons: Common | | None | J | T | Buy | 08/31/11 | J | | |
| 92. DirecTV Group, Inc.: Common | | None | J | T | Buy | 08/31/11 | J | | |
| 93. Discover Financial Services: Common | A | Dividend | J | T | Buy | 09/01/11 | J | | |
| 94. Federal Signal Corp: Common | | None | K | T | Buy | 08/31/11 | K | | |
| 95. Halliburton Co.: Common | A | Dividend | K | T | Buy | 09/07/11 | K | | |
| 96. Morgan Stanley: Common | A | Dividend | J | T | Buy | 09/01/11 | J | | |
| 97. News Corp Ltd.: Common | A | Dividend | J | T | Buy | 08/31/11 | J | | |
| 98. Royal Dutch Shell: Common | D | Dividend | P1 | T | Buy | 09/01/11 | O | | |
| 99. Schlumberger Ltd.: Common | | None | N | T | Buy | 09/06/11 | N | | |
| 100. Titanium Metals Corp: Common | A | Dividend | J | T | Buy | 08/31/11 | J | | |
| 101. Transocean Inc.: Common | A | Dividend | K | T | Buy | 09/01/11 | L | | |
| 102. Valhi Inc.: Commom | A | Dividend | J | T | Buy | 08/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Springtree Associates Partnership: 1% Interest | A | Rent | J | W | | | | | |
| 104. Wachovia Bank Accounts: | A | Interest | M | T | | | | | |
| 105. First Citizens Bank Account | A | Interest | M | T | | | | | |
| 106. NBSC Money Market Account | A | Interest | L | T | | | | | |
| 107. BB&T Money Market Account | A | Interest | M | T | Open | 10/15/11 | M | | |
| 108. CD: TD Bank | B | Interest | L | T | | | | | |
| 109. CD: NBSC | A | Interest | | | Redeemed | 10/23/11 | K | | |
| 110. CD: South Carolina Bank & Trust | A | Interest | K | T | | | | | |
| 111. CD: First Citizens Bank | A | Interest | L | T | | | | | |
| 112. CD: BB&T | A | Interest | | | Redeemed | 10/15/11 | L | | |
| 113. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 114. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 115. Merrill Lynch SEP Contains: | | | | | | | | | |
| 116. **Merrill Lynch SEP Cash Accounts | A | Dividend | J | T | | | | | |
| 117. **Chevron Corp: Common | D | Dividend | M | T | | | | | |
| 118. **American Growth Fund of America | | None | K | T | | | | | |
| 119. **American Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. **Thornburg International Value Fund | A | Dividend | L | T | | | | | |
| 121. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 122. **Artio Intl Equity Fund | | None | | | Buy (add'l) | 02/07/11 | J | | |
| 123. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 124. | | | | | Sold (part) | 08/25/11 | J | A | |
| 125. | | | | | Sold | 10/21/11 | J | A | |
| 126. **Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy (add'l) | 10/25/11 | J | | |
| 127. **Wells Fargo Advanced Intrinsic Value Fund | | None | | | Sold (part) | 02/03/11 | J | A | |
| 128. | | | | | Sold | 05/24/11 | J | C | |
| 129. **Golden Large Core Value Fund | A | Dividend | | | Sold (part) | 02/03/11 | J | A | |
| 130. | | | | | Sold (part) | 05/24/11 | J | A | |
| 131. | | | | | Sold (part) | 08/25/11 | J | B | |
| 132. | | | | | Sold | 10/21/11 | J | B | |
| 133. **Goldman Sachs Growth Opportunity Fund | A | Dividend | J | T | Sold (part) | 02/03/11 | J | A | |
| 134. | | | | | Sold (part) | 05/24/11 | J | A | |
| 135. | | | | | Sold (part) | 08/25/11 | J | A | |
| 136. | | | | | Sold (part) | 10/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. **Goldman Sachs Large Cap Value Fund | | None | | | Sold (part) | 02/03/11 | J | A | |
| 138. | | | | | Sold (part) | 05/24/11 | J | A | |
| 139. | | | | | Sold (part) | 08/25/11 | J | A | |
| 140. | | | | | Sold | 10/21/11 | J | A | |
| 141. **ING International Real Estate Unit | A | Dividend | | | Sold | 05/24/11 | J | B | |
| 142. **SSGA Emerging Markets Fund | | None | | | Sold (part) | 02/03/11 | J | A | |
| 143. | | | | | Sold | 05/24/11 | J | C | |
| 144. **Wells Fargo Advantage Endeavor Select Fund | | None | | | Sold (part) | 02/03/11 | J | A | |
| 145. | | | | | Sold (part) | 05/24/11 | J | C | |
| 146. | | | | | Sold | 08/25/11 | J | B | |
| 147. **Nuveen Limited Term Muni Fund | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |
| 148. | | | | | Sold (part) | 05/24/11 | J | A | |
| 149. | | | | | Sold (part) | 08/25/11 | J | A | |
| 150. | | | | | Sold | 10/21/11 | J | A | |
| 151. **Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |
| 152. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 153. | | | | | Sold (part) | 08/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/21/11 | J | A | |
| 155. **Pimco Commodity Real Return Strategy Fund | B | Dividend | | | Buy (add'l) | 05/24/11 | J | | |
| 156. | | | | | Sold (part) | 08/25/11 | J | | |
| 157. | | | | | Sold | 10/21/11 | J | A | |
| 158. **Wells Fargo Advantage International Bond Fund | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |
| 159. | | | | | Sold (part) | 08/25/11 | J | A | |
| 160. | | | | | Sold | 10/21/11 | J | A | |
| 161. **Nuveen Funds High Yield Muni Fund | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |
| 162. | | | | | Sold (part) | 08/25/11 | J | | |
| 163. | | | | | Sold | 10/21/11 | J | A | |
| 164. **Pimco Emerging Markets Bond Fund | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |
| 165. | | | | | Sold | 08/25/11 | J | A | |
| 166. **Pimco Foreign Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/07/11 | J | | |
| 167. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 168. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 169. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 170. **Wells Fargo Advanced Intermediate Tax Free Fund | A | Dividend | | | Buy (add'l) | 02/07/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 05/24/11 | J | B | |
| 172. | | | | | Sold (part) | 08/29/11 | J | A | |
| 173. | | | | | Sold | 10/21/11 | J | B | |
| 174. **Dreyfus Tax Exempt Cash Management Fund | A | Interest | J | T | | | | | |
| 175. **Dreyfus Emerging Markets Debt Fund | A | Dividend | J | T | Buy (add'l) | 02/07/11 | J | | |
| 176. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 177. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 178. | | | | | Sold (part) | 12/22/11 | J | | |
| 179. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/03/11 | J | A | |
| 180. | | | | | Sold (part) | 05/24/11 | J | A | |
| 181. | | | | | Sold (part) | 08/25/11 | J | | |
| 182. **Keeley Small Cap Value Fund | | None | | | Sold (part) | 02/03/11 | J | A | |
| 183. | | | | | Sold (part) | 05/24/11 | J | A | |
| 184. | | | | | Sold (part) | 08/25/11 | J | | |
| 185. | | | | | Sold (part) | 10/21/11 | J | | |
| 186. | | | | | Sold | 12/22/11 | J | | |
| 187. **Vanguard Emerging Markets ETF Fund | | None | | | Sold | 02/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. **Vanguard REIT Viper Fund | A | Dividend | J | T | Sold (part) | 02/07/11 | J | A | |
| 189. | | | | | Sold (part) | 08/25/11 | J | A | |
| 190. **TCW Small Cap Growth Fund | | None | | | Sold (part) | 02/03/11 | J | A | |
| 191. | | | | | Sold (part) | 05/24/11 | J | A | |
| 192. | | | | | Sold (part) | 08/25/11 | J | | |
| 193. | | | | | Sold (part) | 10/21/11 | J | | |
| 194. | | | | | Sold | 12/27/11 | J | | |
| 195. **Vanguard MSCI Emerging Market Fund | A | Dividend | | | Buy | 08/29/11 | J | | |
| 196. | | | | | Sold | 12/27/11 | J | | |
| 197. **Goldman Sachs TR GS Duration Fund | A | Dividend | J | T | Buy | 05/24/11 | K | | |
| 198. | | | | | Sold (part) | 08/25/11 | J | A | |
| 199. | | | | | Sold (part) | 10/21/11 | J | A | |
| 200. **Harbor Capital Appreciation Fund | A | Dividend | J | T | Buy | 05/24/11 | J | | |
| 201. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 202. | | | | | Sold (part) | 10/21/11 | J | | |
| 203. **MFS Value Fund | A | Dividend | J | T | Buy | 05/24/11 | J | | |
| 204. | | | | | Buy (add'l) | 08/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 10/21/11 | J | | |
| 206. | | | | | Sold (part) | 12/21/11 | J | | |
| 207. **Oppenheimer Developing Market | A | Dividend | | | Buy | 05/24/11 | J | | |
| 208. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 209. | | | | | Sold | 12/22/11 | J | | |
| 210. **SPDR DJ Wilshire International Fund | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 211. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 212. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 213. | | | | | Sold (part) | 12/22/11 | J | | |
| 214. **Artisan International Fund | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 215. **Credit Suisse Commodity Return | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 216. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 217. | | | | | Sold (part) | 12/22/11 | J | | |
| 218. **Fidelity Advisor Intermediate Muni Fund | A | Dividend | | | Buy | 08/29/11 | J | | |
| 219. | | | | | Sold | 10/21/11 | J | | |
| 220. **Ishares S&P 500 Index Fund | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 221. | | | | | Buy (add'l) | 10/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. **Nuveen Intermediate Duration Bond Fund | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 223. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 224. | | | | | Sold (part) | 12/22/11 | J | | |
| 225. **Ridgeworth SEIX HY Fund | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 226. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 227. **American Century Tax Free Bond Fund | A | Dividend | K | T | Buy | 10/21/11 | K | | |
| 228. **Diamond Hill Long-Short Fund | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 229. **Hussman Strategic Growth Fund | | None | J | T | Buy | 10/21/11 | J | | |
| 230. **Laudus Mondrian International Fixed Income Fund | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 231. **Mainstay Epoch US Equity Fund | A | Dividend | J | T | Buy | 10/21/11 | J | | |
| 232. **Merger Fund SH Ben int | | None | J | T | Buy | 10/21/11 | J | | |
| 233. **Cohen & Steers International Realty Fund | | None | J | T | Buy | 12/27/11 | J | | |
| 234. **Eaton Vance Structured Emerging Market Fund | A | Dividend | J | T | Buy | 12/27/11 | J | | |
| 235. **Ipath Dow Jones -UBS Commodity Fund | | None | J | T | Buy | 12/27/11 | J | | |
| 236. **Ishares Barclays Intermediate Govement Fund | | None | J | T | Buy | 12/27/11 | J | | |
| 237. **Ishares Russell 2000 Fund | A | Dividend | J | T | Buy | 12/27/11 | J | | |
| 238. **Ishares TR Russell 1000 Index | A | Dividend | J | T | Buy | 12/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  ** SPDR Dow Jones REIT Fund | | None | J | T | Buy | 12/27/11 | J | | |
| 240.  Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 241.  **US Treasury Bill Due 09/15/11 | B | Interest | | | Buy | 03/14/11 | P1 | | |
| 242. | | | | | Redeemed | 09/15/11 | P1 | | |
| 243.  **US Treasury Bill Due 03/15/12 | | None | P1 | T | Buy | 09/15/11 | P1 | | |
| 244.  **US Treasury Bill Due 03/17/11 | B | Interest | | | Redeemed | 03/17/11 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 25: Stock transferred out of Merrill Lynch account on 08/31/11 and transferred to company's direct ownership.

Part VII, Line 27: Stock transferred out of Merrill Lynch account on 09/06/11 and transferred to company's direct ownership.

Part VII, Line 40: Stock transferred out of Merrill Lynch account on 09/07/11 and transferred to company's direct ownership.

Part VII, Line 41: Stock transferred out of Merrill Lynch account on 09/01/11 and transferred to company's direct ownership.

Part VII, Lines 44 -54: Stocks transferred out of Merrill Lynch account and transferred to company's direct ownership.

Part VII, Line 55: As of June 30, 2011 each Marathon Oil stockholder recevied one share of Marathon Petroleum stock for every two shares of Marathon Oil stock owned.

Part VII, Line 56: Stock transferred out of Merrill Lynch account and transferred to company's direct ownership.

Part VII, Line 58: Stock transferred out of Merrill Lynch account and transferred to company's direct ownership.

Part VII, Line 65: As of June 30, 2011, each Marathon Oil stockholder received one share of Marathon Petroleum stock for evey two shares of Marathon Oil stock owned.

Part VII, Line 80: Stock transferred out of Merrill Lynch account and added to addtional shares already owned by company's direct ownership.

Part VII, Line 83: Stock transferred out of Merrill Lynch account and added to addtional shares already owned by company's direct ownership.

Part VII, Line 84: As of June 30, 2011, each Marathon Oil stockholder received one share of Marathon Petroleum stock for every two shares of Marathon Oil stock owned.

Part VII, Line 86: Stock transferred out of Merrill Lynch account and added to addtional shares already owned by company's direct ownership.

Part VII, Lines 89 - 101: Stocks transferred out of Merrill Lynch account and transferred to company's direct ownership.

Part VII, Line 107: As of June 16, 2011, Carolina First Bank became known as TD Bank.

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544